In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of MERVYN WOLFF, Respondent, *v.* FRED S. BENNETT, Appellant.

*Matter of Wolff* v. *Bennett*, 183 App. Div. 925, appeal dismissed.
(Argued May 27, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1918, which reversed an order of Special Term granting a motion to vacate a prior order directing a third party, alleged to hold property of the judgment debtor, to appear for examination in proceedings supplementary to execution. The motion to vacate was granted upon the ground that the affidavit was insufficient to give the court jurisdiction. The respondent on this appeal contended that the order appealed from, not being a final order in a special proceeding, is not appealable as a matter of right; and, the judgment debtor not having obtained leave to take this appeal, the said appeal should be dismissed.

*Franklin Bien* for appellant.
*Benjamin Jaffe* and *Mervyn Wolff* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.